Certificate Number: 14912-NJ-DE-033129103

Bankruptcy Case Number: 19-22873



14912-NJ-DE-033129103

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2019, at 9:01 o'clock PM EDT, Scott Kaminsky completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 18, 2019

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor