UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Scott Kainsky and Susan Kaminsky

Case No.: 19-22873 JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____Jeffrey A. Lester_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on ___September 10, 2019___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 23 Quail Run, Randolph, NJ    Value about $935,000

Liens on property: Bayview Loan Servicing    Balance about $994,900

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22873-JKS
Scott A. Kaminsky                                                     Chapter 7
Susan M. Kaminsky
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2019
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db/jdb         +Scott A. Kaminsky,    Susan M. Kaminsky,    23 Quail Run,    Randolph, NJ 07869-2826
518328510      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
518328514      +Chase,    Att: Bankruptcy department,    P.O Box 36520,    Louisville, KY 40233-6520
518328515      +Chase Card,    P.O. Box 15369,    Wilmington, DE 19850-5369
518328516      +Citicards/CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
518328519      +Sears/CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
518328520      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 00:01:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 00:01:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 10 2019 00:00:09
                 AIS Portfolio Services, LP,    Attn: Capital One Auto Finance, a divisi,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518328511      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 10 2019 00:02:05
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
518328512      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 00:00:09     Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
518328513      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 09 2019 23:59:31
                 Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
518336228      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 09 2019 23:59:29
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518328517      +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2019 00:01:52     Dept of Education/Nelnet,
                 P.O. Box 82561,    Lincoln, NE 68501-2561
518328518      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2019 00:01:47     Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518328522       E-mail/Text: bankruptcydept@wyn.com Aug 10 2019 00:02:05     Wyndham Vacation Resorts Inc.,
                 P.O. Box 98940,    Las Vegas, NV 89193-8940
518328521      +E-mail/Text: bankruptcydept@wyn.com Aug 10 2019 00:02:05     Wyndham Vacation Resorts Inc.,
                 10750 W.Charleston Blvd,    Suite 130,    Las Vegas, NV 89135-1049
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Karina Pia Lucid    on behalf of Joint Debtor Susan M. Kaminsky klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Debtor Scott A. Kaminsky klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWMBS 2005-23) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6