Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.:  19−22873−JKS
>Chapter:  7
>Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott A. Kaminsky | Susan M. Kaminsky |
| dba Lashen Electronics, Inc. | dba Connected World Recruiting, LLC |
| 23 Quail Run | 23 Quail Run |
| Randolph, NJ 07869 | Randolph, NJ 07869 |

Social Security No.:
   xxx−xx−4501                                           xxx−xx−8198

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 8, 2019</u>          <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court